1  Tammy Hussin, Esq. (Bar No. 155290)
2  HUSSIN LAW FIRM
   6404 Merlin Drive
3  Carlsbad, CA 92011
4  (877) 677-5397
   Attorneys for Plaintiff,
5  Robert Helton

6
7
8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                       EASTERN DIVISION
11

12 | Robert Helton,                        | Case No.: 5:14-cv-00165 BRO (FFM)
13 |                                       |
   |            Plaintiff,                 | **STIPULATION FOR DISMISSAL**
14 |                                       |
15 |     vs.                               |
16 | Credit Acceptance Corporation; and    |
17 | DOES 1-10, inclusive,                 |
18 |            Defendants.                |
19

20
21 PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R.
22 Civ. P. 41(a)(1)(ii), Plaintiff, Robert Helton ("Plaintiff"), dismisses the above-
23 mentioned matter without prejudice with each party bearing their own costs.
24
25 ///
26 ///
27 ///
28
   STIPULATION FOR DISMISSAL            1

|  |  |
|---|---|
| DATED:  December 3, 2014 | By:___/s/ Tammy Hussin_____ |
|  | Tammy Hussin, Esq. |
|  | HUSSIN LAW FIRM |
|  | Attorney for Plaintiff, Robert Helton |
|  |  |
| DATED:  December 3, 2014 | By:___/s/ David A. Berkley_____ |
|  | David A. Berkley, Esq. |
|  | SEVERSON & WERSON |
|  | Attorney for Defendant, |
|  | Credit Acceptance Corporation |

Signed by Plaintiff attorney, Tammy Hussin, with permission granted by Defendant attorney, David A. Berkley.

STIPULATION FOR DISMISSAL       2

# CERTIFICATE OF SERVICE

I, Cine Johnson, declare:

I am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 6404 Merlin Dr., #100, Carlsbad, CA 92011. On 12/3/2014, I served the following document(s) on the parties in the within action:

## STIPULATION FOR DISMISSAL

| | |
|---|---|
| ___ | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Diego, CA, on this date, addressed as follows: |
| _x__ | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's CM/ECF system to the following: |

| | |
|---|---|
| Eric J. Troutman, Esq.<br>  ejt@severson.com<br>David A. Berkley, Esq.<br>  db@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation, The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612<br>Tel. (949) 442-7110; Fax. (949) 442-7118 | Attorneys for Respondent and Counter Claimant Credit Acceptance Corporation |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 3, 2014.

By:*/s/ Cine Johnson*
    Cine Johnson

STIPULATION FOR DISMISSAL        3