Tammy Hussin, Esq. (Bar No. 155290)
HUSSIN LAW FIRM
6404 Merlin Drive
Carlsbad, CA 92011
(877) 677-5397
Attorneys for Plaintiff,
Robert Helton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Robert Helton,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Credit Acceptance Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:14-cv-00165 BRO (FFM)<br><br>**ORDER FOR DISMISSAL** |

## ORDER

　　Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

　　**IT IS SO ORDERED.**

　　Dated: December 4, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE